## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA, | : | No. 339 WAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| THE CITY OF PITTSBURGH, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.